**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2114**

DEBORAH S. LINZER,

             Plaintiff - Appellant,

        v.

KATHLEEN SEBELIUS, Secretary, United States Department of
Health and Human Services,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge.  (8:07-cv-00597-AW)

Submitted:  April 19, 2010          Decided:  May 12, 2010

Before TRAXLER, Chief Judge, AGEE, Circuit Judge, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bryan A. Chapman, LAW OFFICE OF BRYAN A. CHAPMAN, Washington,
D.C., for Appellant.  Rod J. Rosenstein, United States Attorney,
Jason D. Medinger, Assistant United States Attorney, Baltimore,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah S. Linzer appeals the district court's order granting summary judgment in favor of Sebelius on Linzer's Rehabilitation Act complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Linzer v. Sebelius, No. 8:07-cv-00597-AW (D. Md. Aug. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED